IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAWLE GERARD SUITE, | : |
| *Plaintiff,* | : |
| v. | : CIVIL NO. 25-2613 |
| CHRISTOPHER J. LAROSE, et al., | : |
| *Defendants.* | : |

## ORDER

**AND NOW**, this **27th** day of **August 2025**, upon consideration of Plaintiff's Motion to Appoint Counsel (ECF No. 2), it is hereby **ORDERED** that:

1. The Motion (ECF No. 2) is **GRANTED**.

2. Susan M. Lin, from the CJA list of approved attorneys on file in the Clerk's Office, is appointed to represent Plaintiff for the purpose of litigating the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. The Court finds that the appointment of counsel is in the interests of justice given the circumstances presented in this case.

3. Plaintiff shall have sixty (60) days from the date of this Order to confer with counsel. Accordingly, it is further **ORDERED** that the Parties shall file a joint status report by **October 27, 2025.**

BY THE COURT:

_/s/ Kai N. Scott_
HON. KAI N. SCOTT
United States District Court Judge