IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAWLE GERARD SUITE, | : |
| *Petitioner,* | : |
| v. | : CIVIL NO. 25-2613 |
| CHRISTOPHER J. LAROSE et al., | : |
| *Respondents.* | : |

## ORDER

AND NOW, this **15th** day of **January 2026**, upon consideration of the Petition (ECF No. 8), Suite's Motion for Injunctive Relief (ECF No. 5), and all responsive briefing thereto, it is hereby **ORDERED** as follows:

1. Petitioner Rawle Gerard Suite's Petition for a Writ of *Habeas Corpus* (ECF No. 1) is **GRANTED**;
2. Petitioner Rawle Gerard Suite's Motion to Expedite (ECF No. 3) is **DENIED AS MOOT**;
3. Petitioner Rawle Gerard Suite's Motion for Injunctive Relief (ECF No. 5) is **DENIED AS MOOT**;
4. The Government shall arrange for an individualized bond hearing to be conducted by an Immigration Judge within **fourteen (14) days** of the date of this Order at which the Government shall bear the burden of demonstrating by clear and convincing evidence that the Petitioner's continued detention is necessary to prevent him from fleeing or committing more crimes; and
5. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**