IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAWLE GERARD SUITE, | : | |
| Petitioner, | : | CIVIL ACTION |
| v. | : | |
| CHRISTOPHER J. LAROSE, et al., | : | NO. 25–2613 |
| Respondents. | : | |

**ORDER**

AND NOW, this \_\_\_\_28th\_\_\_\_ day of \_\_\_January_____, 2026, on consideration of the Respondents' Motion to Stay Order Requiring Bond Hearing Pending Decision on Motion for Reconsideration, on which Petitioner takes no position, it is ORDERED that the motion is GRANTED.

The Court's order of January 15, 2026 (ECF No. 19) is STAYED pending a decision on the Respondents' Motion for Reconsideration (ECF No. 20) and further order of this Court.

BY THE COURT:

*s/Kai N. Scott*
_____
KAI N. SCOTT
United States District Judge