IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAWLE GERARD SUITE,
                Petitioner,

      v.

CHRISTOPHER J. LAROSE et al.,

          Respondents.

CIVIL NO. 25-2613

## ORDER

**AND NOW**, this **19th** day of **March 2026**, upon consideration of Respondents' Motion for Reconsideration based on Mootness (ECF No. 20), Petitioner's Response in Opposition (ECF No. 24), Respondents' Reply (ECF No. 25), two Notices filed by Respondents (ECF Nos. 26, 27), and an electronic communication from Petitioner's counsel that Petitioner is no longer in the United States and that no further responses from Petitioner are forthcoming, it is hereby **ORDERED** as follows:

1. The Motion for Reconsideration based on Mootness (ECF No. 20) is **GRANTED**.

2. The Court's January 15, 2026 Order (ECF No. 18) is **VACATED**.

3. Petitioner Suite's Petition for a Writ of Habeas Corpus (ECF Nos. 1, 14) is **DENIED AS MOOT**.

4. The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

HON. KAI N. SCOTT
United States District Court Judge